

## IN THE
## TENTH COURT OF APPEALS

_____

### No. 10-13-00340-CV

**TRACTOR SUPPLY COMPANY
AND TRACTOR SUPPLY CO. OF TEXAS, L.P.,**

                                                        **Appellants**

 **v.**

**KENNETH EDD MCGOWAN,**

                                                        **Appellee**

_____

**From the 170th District Court
McLennan County, Texas
Trial Court No. 2012-2652-4**

## MEMORANDUM  OPINION

The petition for permission to appeal is denied.

                                    REX D. DAVIS
                                    Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Petition denied
Opinion delivered and filed December 5, 2013
[CV06]